IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DERONZO DESHON PRESTON                                           PLAINTIFF

v.                            Civil No. 6:19-cv-06076

DIRECTOR WENDY KELLY, Arkansas Department
Of Correction; CAPTAIN J. CROSBY, Ouachita River
Correctional Unit ("ORCU"); CAPTAIN SHELIA
JOHNSON, ORCU; SERGEANT TROLE, ORCU;
SERGEANT BRANDON KING, ORCU; SERGEANT
DELANEY. ORCU; DEPUTY WARDEN A. JACKSON,
ORCU; and MRS. J. HOSMAN, Classification, ORCU              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 24, 2019, by the Honorable J. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5.) Judge Marschewski recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to obey an order of the Court, as well as for failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of August 2019.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U. S. DISTRICT JUDGE**